**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BOND,<br><br>    Plaintiff,<br><br>    vs.<br><br>GUARDIAN LIFE INSURANCE COMPANY; and HERITAGE OAKS BANK GROUP EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | Case No.: 2:22-cv-01559 CAS (MAAx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Pursuant to the stipulation of the parties, the action is dismissed in its entirety with prejudice. Parties to bear his or its own attorneys' fees and costs.

Dated: January 10, 2023

*Christina A. Snyder*

Hon. Christina A. Snyder

– 1 –